1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20

AHMAD RASHAD DENMAN,

Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,

Defendant.

Case No. 19cv2441-MMA-AGS

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**

[Doc. No. 11]

**DISMISSING APPEAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

21
22
23
24
25
26
27
28

On October 30, 2019, Plaintiff Ahmad Rashad Denman, proceeding *pro se*, filed an action in the small claims division of the Superior Court of California, County of San Diego, challenging the denial of an application for supplemental security income and social security disability insurance benefits. *See* Doc. No. 1, Ex. 1. On December 19, 2019, Defendant Andrew Saul, sued in his official capacity as the Commissioner of the Social Security Administration, appropriately removed the action to this Court. *See* Doc. No. 1. On February 18, 2020, Defendant answered Plaintiff's complaint by lodging the administrative record of proceedings before the Social Security Administration. *See* Doc.

No. 8; CⁱᵥLR 7.1.e.6.d.  Accordingly, Plaintiff's merits brief in support of his appeal was due within 35 days thereafter, on or before March 24, 2020.  *See* CⁱᵥLR 7.1.e.6.e.1.

Plaintiff failed to file a merits brief or otherwise appear to prosecute this appeal. United States Magistrate Judge Andrew G. Schopler twice ordered Plaintiff to show cause why this appeal should not be dismissed for failure to prosecute.[1]  *See* Doc. Nos. 9, 10.  To date, Plaintiff has failed to respond to the Court's orders.

Judge Schopler has issued a thorough and well-reasoned Report recommending that the Court dismiss this appeal based on Plaintiff's failure to prosecute the action.  *See* Doc. No. 11.  Neither party objected to the Report and Recommendation.  The time for filing objections has expired.  *See id*. at 4.

When no objections are filed, the district court need not review the Report and Recommendation de novo.  *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc). A district judge may nevertheless "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1); *see also Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006).

The Court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law.  Upon due consideration, the Court **ADOPTS** Judge Schopler's Report and Recommendation and **DISMISSES** this appeal **without prejudice** for the reasons stated therein and pursuant to Civil Local Rule 41.1.[2]  *See* CivLR 41.1.b ("Failure to comply with the provisions of the local rules of this

---

[1] All matters arising in this social security appeal are properly referred to the assigned magistrate judge for report and recommendation pursuant to statute and this District's Civil Local Rules.  *See* 28 U.S.C. § 636(b)(1)(B); CⁱᵥLR 72.1.

[2] The Court notes that Judge Schopler recommends this action be dismissed with prejudice.  *See* Doc. No. 11 at 4.  The Court finds that dismissal without prejudice is more appropriate under the circumstances and therefore declines to adopt that aspect of the Report and Recommendation.  *See, e.g.*, *Ash v. Cvetkov*, 739 F.2d 493, 496-97 (9th Cir. 1984) (noting that dismissal without prejudice is a more

court may also be grounds for dismissal . . ..”); *see also Jacobsen v. Filler*, 790 F.2d 1362, 1364-65 (9th Cir. 1986) (*pro se* parties are not excused from knowing the rules of the court).  The Court **DIRECTS** the Clerk of Court to enter judgment accordingly and terminate the action.

      **IT IS SO ORDERED**.

DATE: June 30, 2020

HON. MICHAEL M. ANELLO
United States District Judge

---

easily justified sanction for lack of prosecution).  The Court otherwise adopts the Report and Recommendation in its entirety.