

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ahmad Rashad Denman,

**Civil Action No.** 19-cv-02441-MMA-AGS

**Plaintiff,**

**V.**

Andrew Saul Commissioner, Social
Security Administration,

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Upon due consideration, the Court adopts Judge Schopler's Report and Recommendation and dismisses this appeal without prejudice for the reasons stated therein and pursuant to Civil Local Rule 41.1.

**Date:**        6/30/20

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  T. Ferris

T. Ferris, Deputy